UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>FRANCISCO BLADIMIR BRITO VILLEGAS,<br><br>            Defendant. | Case No.: 24-cr-0637-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

  On April 12, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 26, 2024.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 15] and sets the Motion Hearing/Trial Setting on May 17, 2024, at 1:30 p.m.

  For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  On April 12, 2024, a plea agreement was lodged before the Court, and a change of plea hearing is set for April 23, 2024 before Magistrate Judge Karen S. Crawford.

  Accordingly, the Court finds that time from April 26, 2024, to May 17, 2024, shall be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

  IT IS SO ORDERED.

Dated: 4/17/2024

                        _____
                        Hon. Jinsook Ohta
                        UNITED STATES DISTRICT JUDGE